**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHARLES GASPARD #579511** | **CASE NO. 3:23-CV-01671** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **JACKSON ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

**MEMORANDUM ORDER**

On December 15, 2023, a complaint was filed by the plaintiff. On February 20, 2025, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to pay the filing fee or submit an IFP application. Mover has failed to take the required action in accordance with the memorandum order. Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on December 15, 2023, be, and hereby is, stricken from the record.

THUS DONE in Chambers on this 4th day of April, 2025.

David J. Ayo
United States Magistrate Judge